NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

RENE CAMACHO, *Petitioner*.

No. 1 CA-CR 15-0598 PRPC
FILED 12-26-2017

Petition for Review from the Superior Court in Maricopa County
Nos. CR0000-152915, CR0000-153353
The Honorable Jo Lynn Gentry, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Rene Camacho, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Judge Jon W. Thompson, and Judge Jennifer M. Perkins delivered the decision of the Court.

**P E R   C U R I A M**:

**¶1**　　　　Petitioner Rene Camacho seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.　This is the petitioner's first successive petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).　It is the petitioner's burden to show that the superior court abused its discretion in denying the petition.　*See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.　We find that petitioner has not shown any abuse of discretion.

**¶4**　　　　Accordingly, we grant review and deny relief.